**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MONICA RYADI,
Petitioner,
v.
WARDEN, et al.,
Respondents.

Case No. 5:26-cv-5501-SK

**ORDER GRANTING UNOPPOSED PETITION**

The unopposed petition for a writ of habeas corpus under 28 U.S.C. § 2241 petition is granted.[1] Petitioner MONICA RYADI (A# 089-252-748) is ORDERED RELEASED from physical custody forthwith under an official written order of supervision in accordance with 8 U.S.C. § 1231(a)(3). Judgement in Petitioner's favor will be entered accordingly.

IT IS SO ORDERED.

DATED: September 29, 2026

STEVE KIM
United States Magistrate Judge

[1] The Court has been told that the United States Attorney's Office is adopting a practice and policy of making no appearance—and filing no answer, even one that contains a non-opposition statement—if Respondents have no intent to oppose a given immigration habeas petition after the Office has screened the petition on the merits.