JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RYADI,<br>Petitioner,<br>v.<br>WARDEN, et al.,<br>Respondents. | Case No. 5:26-cv-5501-SK<br>**JUDGMENT** |

Pursuant to the Order Granting Unopposed Petition, IT IS ADJUDGED that the 28 U.S.C. § 2241 petition is granted with Petitioner MONICA RYADI (A# 089-252-748) ordered released from physical custody forthwith under an official written order of supervision in accordance with 8 U.S.C. § 1231(a)(3).

DATED: September 29, 2026

STEVE KIM
United States Magistrate Judge